### DIXON JAMES v. UNITED STATES.

No. 196. Opinion Filed February 7, 1910.

(106 Pac. 975.)

APPEAL—Service of Notice of Appeal—Time. Where a notice of appeal from a judgment rendered February 26, 1908, was not served upon the county attorney and the clerk of the district court of the county in which the trial took place until April 16, 1909, the law at the time of judgment requiring such notice to be served within one year from the date of the judgment, the Criminal Court of Appeals is without jurisdiction, except to dismiss the appeal.

(Syllabus by the Court.)

*Appeal from District Court, McCurtain County; D. A. Richardson, Judge.*

Dixon James was convicted of assault with intent to kill, and he appeals. Dismissed.

*J. E. Whitehead,* for appellant.

*C. L. Moore,* Asst. Atty. Gen., for the State.

PER CURIAM. The judgment in this cause was rendered on the 26th day of February, 1908. The notice of appeal was not

served upon the county attorney and the clerk of the district court of the county in which the trial took place until the 16th day of April, 1909. Under the law in force at the time when the judgment was rendered in this cause, the notices of appeal must be served within one year from the date of the judgment. If such notices are not served within such time, this court is without jurisdiction to make any order in a case except to dismiss the appeal. This is so well settled and has been so often decided that it would be a waste of time to discuss the question again.

Appeal dismissed.